IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ETUATE SEKONA, | 1:19-cv-00529-DAD-JDP (PC) |
| Plaintiff, | ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION |
| v. | |
| M. FRANCIS, et al., | ECF No. 16 |
| Defendants. | |

The Court has considered defendants Negre and Francis' request for a ten-day extension of time to respond to plaintiff's complaint. Good cause appearing for this request, defendants shall have until January 16, 2020, to respond to plaintiff's complaint. No. 204.

IT IS SO ORDERED.

Dated: January 7, 2020

UNITED STATES MAGISTRATE JUDGE

1