IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ETUATE SEKONA,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>M. FRANCIS, et al.,<br><br>　　　　　　　　　　　　Defendants. | 1:19-cv-00529-DAD-JDP (PC)<br><br>ORDER GRANTING DEFENDANT M. FRANCIS'S APPLICATION FOR EXTENSION OF DISCOVERY RESPONSE TIME<br><br>ECF No. 27<br><br>ORDER GRANTING DEFENDANT NEGRE'S REQUEST FOR AN EXTENSION OF TIME TO SERVE RESPONSES<br><br>ECF No. 29 |

　　　Each defendant moves for an extension of time to respond to plaintiff's discovery requests. See ECF Nos. 27, 29. For good cause shown, these motions are granted. Each defendant may have until June 1, 2020, to respond to plaintiff's discovery requests.

IT IS SO ORDERED.

Dated:   April 28, 2020                            /s/ Jeremy Peterson
                                                           UNITED STATES MAGISTRATE JUDGE

No. 204.