1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ETUATE SEKONA,                          No.  1:19-cv-00529-DAD-HBK (PC)

12              Plaintiff,

13        v.                                 ORDER ADOPTING FINDINGS AND
                                             RECOMMENDATIONS AND GRANTING
14   M. FRANCIS, et al.,                     DEFENDANT NEGRE'S MOTION FOR
                                             SUMMARY JUDGMENT
15              Defendants.
                                             (Doc. Nos. 33, 37)
16

17

18        Plaintiff Etuate Sekona is a state prisoner proceeding *pro se* and *in forma pauperis* in this

19   civil rights action brought under 42 U.S.C. § 1983.  This matter was referred to a United States

20   Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

21        On October 14, 2020, defendant nurse Negre filed a motion for summary judgment on the

22   grounds that the undisputed facts established he was not deliberately indifferent to plaintiff's

23   serious medical needs.  (Doc. No. 33.)  On November 4, 2020, plaintiff filed an opposition to

24   defendant's motion and defendant filed a reply thereto on November 10, 2020.  (Doc. Nos. 34,

25   35.)  On September 2, 2021, the assigned magistrate judge issued findings and recommendations,

26   recommending that defendant Negre's motion for summary judgment be granted.  (Doc. No. 37.)

27   Specifically, the magistrate judge found that the uncontested facts on summary judgment

28   established that defendant has not been deliberately indifferent to plaintiff following his urolift

                                              1

1   surgery to treat his enlarged prostate condition.  (*Id.* at 11.)  The findings and recommendations

2   were served on all parties and contained notice that any objections were to be filed within

3   fourteen (14) days of service thereof.  (*Id.*)  After receiving an extension of time to do so, plaintiff

4   filed timely objections on October 25, 2021.  (Doc. Nos. 39, 40.)

5         In his objections, plaintiff largely repeats his allegations that he had a serious medical

6   need, that defendant Negre withheld from him pain medication and prostate medication, and that

7   defendant Negre refused to empty plaintiff's catheter urine bag after the urolift surgery.  (Doc.

8   No. 40 at 2–5.)  Plaintiff additionally alleged that defendant's withholding of the painkillers

9   contradicted medical orders from a doctor.  (*Id.* at 5.)  Plaintiff attached several medical records

10   documenting his medical treatment to his objections.  (*Id.* at 7–17.)  The court has reviewed all

11   attached documents and finds plaintiff's arguments unpersuasive.  The magistrate judge found in

12   the pending findings and recommendations that the undisputed facts established that plaintiff had

13   a serious medical need.  (Doc. No. 37 at 9.)  However, as the magistrate judge also found, and as

14   the medical records attached by defendant to his objections support, it is undisputed that within an

15   hour of his request for painkillers, plaintiff was offered by nurse Negre but rejected Tylenol with

16   codeine tablets which were  crushed and floated in water as specified by the prescribing

17   physician,.  (*Id.* at 10–11; Doc. No. 40 at 11.)  The medical records also establish that urine was

18   removed from plaintiff's catheter urine bag the day after his surgery and that medical staff "could

19   not find an effective dose of any prostate medication that he was able to tolerate."  (Doc. No. 40

20   at 10–11.)  As the magistrate judge found, the evidence, presented by both plaintiff and defendant

21   Negre on summary judgment, establishes no genuine dispute of material fact as to whether

22   defendant Negre was deliberately indifferent to plaintiff's medical needs.  (Id. at 9-11.)  Rather

23   the undisputed evidence on summary judgment establishes that defendant nurse Negre offered

24   plaintiff the prescribed pain medication on more than one occasion and plaintiff refused it and

25   also establishes that plaintiff's urine bag was emptied as necessary by medical staff and was never

26   full and bloody.  (*Id.*)  Plaintiff's conclusory allegations, unsupported by evidence, are

27   insufficient to raise a disputed issue of material fact in this regard and the granting of summary

28   judgment in favor of defendant nurse Negre is therefore appropriate.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, including plaintiff's objections, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1.   The findings and recommendations issued on September 2, 2021 (Doc. No. 37) are adopted in full;

2.   Defendant Negre's motion for summary judgment (Doc. No. 33) is granted;

3.   The Clerk of Court is directed to enter judgment in favor of defendant Negre; and

4.   This matter is referred back to the assigned magistrate judge for further proceedings as to the remaining defendant.

IT IS SO ORDERED.

Dated:   **November 16, 2021**

_____
UNITED STATES DISTRICT JUDGE