1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ETUATE SEKONA,                          Case No.  1:19-cv-00529-DAD-HBK

12                   Plaintiff,               ORDER REFERRING CASE TO ADR AND
                                              STAY OF CASE FOR 45 DAYS
13           v.
                                              ORDER DIRECTING CLERK TO CORRECT
14    M. FRANCIS, *Registered Nurse at Kern*   CAPTION
      *Valley State Prison,*
15
                     Defendant.[1]
16

17

18

19          Plaintiff Etuate Sekona, a state prisoner proceeding *pro se*, initiated this action by filing a

20    civil rights complaint under 42 U.S.C. § 1983 on April 24, 2019.  (Doc. No. 1).  Defendants filed

21    an answer on January 14, 2020.  (Doc. No. 18).  Defendant Negre filed a merits-based motion for

22    summary judgment.  (Doc. No. 33).  On September 2, 2021, the undersigned issued findings and

23    recommendations to grant the motion for summary judgment.  (Doc. No. 37).  On November 16,

24    2021, the District Judge assigned to this case adopted the findings and recommendations, granting

25    Defendant Negre's motion for summary judgment and referring the case back to the undersigned

26    _____

27    [1] On November 16, 2021 the court granted Defendant Negre's motion for summary judgment and
      judgment in favor of Defendant Negre was entered that same day.  *See* Doc. Nos. 41, 42.  Consequently,
      this case remains pending only against Defendant Francis.  The Clerk will be directed to correct the
28    caption to reflect Defendant Francis as the sole defendant.

1   for further proceedings.  (Doc. No. 41).

2          The Court refers all civil rights cases filed by *pro se* individuals to Alternative Dispute

3   Resolution (ADR) to attempt to resolve such cases more expeditiously and less expensively.  *See*

4   *also* Local Rule 270.  No claims, defenses, or objections are waived by the parties' participation.

5          Attempting to resolve this matter through settlement now would save the parties the time

6   and expense of preparing for trial.  The Court therefore will STAY this action for 45 days to

7   allow the parties to meet and confer and participate in a settlement conference.  The Court

8   presumes that all civil rights cases assigned to the undersigned will proceed to a settlement

9   conference.  If, however, after meeting and conferring, either party finds that a settlement

10  conference would be a waste of resources, the party may opt out of the settlement conference.  If

11  either party opts out or the settlement is unsuccessful, the Court will set the case for trial.

12         Accordingly, it is **ORDERED**:

13         1.      This action will be **STAYED for 45 days** to allow the parties an opportunity to

14  settle their dispute.  No pleadings or motions may be filed in this case during the stay.

15         2.      **Within 45 days** from the date of this Order, the parties shall file a notice if they

16  object to proceeding to a settlement conference or if they believe that settlement is not currently

17  achievable.  **If either party objects to a settlement conference, the Court will set the case for**

18  **trial.**

19         4.      If the parties consent to a settlement conference or fail to file objections by the

20  expiration period, the Court by separate Order will assign this matter to a United States

21  Magistrate Judge, other than the undersigned, for conducting the settlement conference.

22         5.      If the parties reach a settlement prior to the settlement conference, they **SHALL**

23  file a Notice of Settlement as required by Local Rule 160

24         6.      The parties are obligated to keep the Court informed of their current addresses

25  during the stay and the pendency of this action.  Changes of address must be reported promptly in

26  a Notice of Change of Address.  *See* Local Rule 182(f).

27         7.      The Clerk of Court shall correct the docket to reflect M. Francis as the sole

28  remaining defendant.

Dated:    December 27, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE