**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ETUATE SEKONA,<br><br>           Plaintiff,<br><br>      v.<br><br>M. FRANCIS, *Registered Nurse at Kern Valley State Prison*,<br><br>           Defendant. | Case No. 1:19-cv-00529-DAD-HBK<br><br><br><br><br>**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |

Etuate Sekona, CDCR #AM-9766, a necessary and material witness in a settlement conference in this case on July 18, 2022, is confined in Salinas Valley State Prison (SVSP), in the custody of the Warden. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus Ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Erica P. Grosjean, by Zoom video conference from his place of confinement, on Monday, July 18, 2022, at 10:30 a.m.

ACCORDINGLY, IT IS ORDERED:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, by Zoom video conference, to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court. Zoom video conference connection information will be supplied via separate email.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of the Court is directed to serve a copy of this order via fax on the Litigation Office at Salinas Valley State Prison at (831) 678-5544 or via email.

4. Any difficulties connecting to the Zoom video conference shall immediately be reported to Michelle Rooney, Courtroom Deputy, at mrooney@caed.uscourts.gov.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, SVSP, P. O. Box 1020, Soledad, California 93960:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Grosjean at the time and place above, by Zoom video conference, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated:   June 5, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

