UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETUATE SEKONA,<br><br>                    Plaintiff,<br><br>       v.<br><br>M. FRANCIS,<br><br>                    Defendant. | Case No.  1:19-cv-00529-ADA-HBK (PC)<br><br>ORDER DIRECTING DEFENDANT TO FILE SUPPLEMENTAL BRIEFING<br><br>14 DAY DEADLINE<br><br>(Doc. No.  53) |

       Pending before the Court is Plaintiff's motion requesting termination and sanctions.  (Doc. No. 53).  The Court liberally construes Plaintiff's motion as requesting sanctions on defense counsel for not providing Plaintiff with a notice of appearance and for participating in the settlement conference in bad faith.  Plaintiff argues defense counsel did not provide proper notice of appearance in accordance with Local Rule 182; specifically, defense counsel did not provide Plaintiff, who is appearing pro se, with the attorney's notice of appearance.  (Doc. No. 53 at 1-2).  Additionally, Plaintiff requests sanctions on defense counsel for appearing at the July 18, 2022 settlement conference in bad faith.  (*Id*.).  Plaintiff argues defense counsel "wasted the time of the court and resource[s]."  (*Id*. at 2).  Plaintiff states that he offered to settle for $5,000.00 but Defendant did not provide a counteroffer.  (*Id*. at 2).  Plaintiff finally argues that due to Defendant's actions, the Defendant only appeared at the settlement conference to delay proceedings of the case and had no intention to settle.  (*Id*. at 3).

Defendant timely filed an opposition to Plaintiff's motion on August 24, 2022. (Doc. No. 55). Defendant's opposition only addresses Plaintiff's allegation that defense counsel did not provide proper notice of his appearance, it does not address Plaintiff's allegations that defense counsel participated in the settlement conference in bad faith. (*See* id.).

Accordingly, it is **ORDERED**:

Withing fourteen (14) days from the date of this order, Defendant shall file a supplemental response addressing Plaintiff's allegations that defense counsel participated in the settlement conference in bad faith.

Dated:   September 1, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE