# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETUATE SEKONA, | Case No. 1:19-cv-00529-ADA-HBK (PC) |
| Plaintiff, | |
| v. | |
| M. Francis, | **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |
| Defendant. | |

**Etuate Sekona, CDCR #AM-9766**, a necessary and material witness for a video Trial Confirmation Hearing to be held in this case on **March 13, 2023**, is confined at Salinas Valley State Prison, in the custody of the Warden. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus Ad Testificandum issue commanding the custodian to produce the inmate before District Judge Ana de Alba by Zoom video conference from his place of confinement, on **Monday, March 13, 2023 at 1:30 p.m.**

ACCORDINGLY, IT IS ORDERED:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above and the inmate's necessary legal property, by Zoom video conference, to participate in a Trial Confirmation Hearing at the time and place above, until completion of the Trial Confirmation Hearing or as ordered by the court. Zoom video conference connection information will be supplied via separate email.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of the Court is directed to serve a copy of this order via fax on the Litigation Office at the Salinas Valley State Prison at (831) 678-5544 or via email.

4. Any difficulties connecting to the Zoom video conference shall immediately be reported to Mamie Hernandez, Courtroom Deputy, at mhernandez@caed.uscourts.gov.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, Salinas Valley State Prison, 31625 Highway 101, Soledad, CA 93960:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Ana de Alba at the time and place above, by Zoom video conference, until completion of the trial confirmation hearing or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: __February 8, 2023__   _____
HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

