1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETUATE SEKONA, | Case No.  1:19-cv-00529-ADA-HBK (PC) |
| Plaintiff, | NOTICE AND ORDER THAT PLAINTIFF ETUATE SEKONA, CDCR #AM9766, IS NO LONGER NEEDED AS A WITNESS AT THE TRIAL CONFIRMATION HEARING, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |
| v. | |
| M. FRANCIS, | |
| Defendant. | |

On February 9, 2023, the district court vacated the March 13, 2023 Trial Confirmation Hearing.  (Doc. No. 68).  As a result, **Plaintiff Etuate Sekona, CDCR #AM9766**, is no longer needed by the Court as a witness in the previously scheduled March 13, 2023 Trial Confirmation Hearing.  Accordingly, the February 8, 2023 writ of habeas corpus ad testificandum (Doc. No. 69) as to this inmate is HEREBY DISCHARGED.


Dated:    February 13, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

1