UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETUATE SEKONA,<br><br>             Plaintiff,<br><br>   v.<br><br>M. FRANCIS,<br><br>             Defendant. | Case No.  1:19-cv-00529-ADA-HBK (PC)<br><br>ORDER FINAL PRETRIAL CONFERENCE AND RELATED DEADLINES<br><br>**Final Pretrial Conference: May 30, 2023 at 1:30 p.m.**<br><br>**Jury Trial: August 8, 2023 at 8:30 a.m.**<br>Court Room 1; Jury Trial; In Person |

      This matter proceeds on Plaintiff Etuate Sekona's complaint filed pursuant to 42 U.S.C. § 1983 on April 24, 2019.  (Doc. No 1).  This case remains pending before Defendant Francis.[1] (*See* Docket).

      The Parties previously submitted pretrial statements.  (Doc. Nos. 59, 61).  On December 12, 2022, the Court held a status/trial confirmation hearing.  (Doc. No. 65).  Etuate Sekona appeared pro se for Plaintiff; and, Tom Creeger appeared as counsel for Defendant Francis.  (*Id*.).  On December 13, 2022, the Court issued a Tentative Pretrial Order and set this case for a Final Telephoninc Trial Confirmation Hearing for March 13, 2023.  (Doc. No. 64).  There were no objections filed to the Tentative Pretrial Order and it became the final order without further order of the Court.

      On February 9, 2023, the Court vacated the final pretrial and trial dates and ordered the

---

[1] Defendant Negre moved for summary judgment, which was granted.  (Doc. Nos. 33, 37, 41).

parties to complete a second settlement conference with the assigned Magistrate Judge.  (Doc. No. 68).  Pursuant to the deadlines set in the Tentative Pretrial Order, Plaintiff timely submitted four different money orders for witness fees for the following witnesses: LVN Melinda Cook, Correctional Officer Commagay, Correctional Officer Tabia, and Correctional Officer Hernandez.  (*See* docket entry dated February 3, 2022).  The Court will issue subpoenas to these witnesses using the addresses Plaintiff provided.  On February 10, 2023, the Court vacated the remaining dates in the Tentative Pretrial Order.  On April 10, 2023, the undersigned held the second settlement conference, which resulted in an impasse.  (Doc. No. 75).  The Court now sets this case for final pretrial conference and trial before Judge Ana de Alba.

Accordingly, it is hereby ORDERED:

1. A final pretrial conference is set for **May 30, 2023 at 1:30 p.m before District Judge Ana de Alba.**  The final pretrial conference will be held digitally.  The parties will be provided with the Zoom ID and password by Judge de Alba's Courtroom Deputy prior to the conference.  The Zoom ID number and password are confidential and are not to be shared.  Appropriate court attire is required.

2. Counsel for Defendant is required to contact Plaintiff's institution to arrange for Plaintiff's participation at the final pretrial conference.

**CONSENT TO MAGISTRATE JUDGE IS AVAILABLE**

District Court Judges of the Fresno Division of the Eastern District of California have among the heaviest caseloads in the nation.  The ongoing pandemic has exacerbated the backlog.  The parties can consent to a United States Magistrate Judge conducting all proceedings, including trial and entry of final judgment, pursuant to 28 U.S.C. § 636(c), Federal Rule of Civil Procedure 73, and Local Rule 305.  The Eastern District Magistrate Judges, all experienced in trial, use the same jury pool and same court facilities as United States District Court Judges.  Since Magistrate Judges do not conduct felony trials, they have greater flexibility and schedule firm trial dates.  Judgment entered by a United States Magistrate Judge is appealable directly to the United States Court of Appeal for the Ninth Circuit.  While there are scheduling benefits to consenting to Magistrate Judge jurisdiction, substantive rulings and decisions will not be affected by whether a

party chooses to consent or not.  The possibility of consenting may be addressed by the District Judge at the final pretrial conference.

Dated:  April 17, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE