1
2
3
4
5
6
7
8
# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

10
11

| | |
|---|---|
| ETUATE SEKONA, | Case No.  1:19-cv-00529-ADA-HBK (PC) |
| Plaintiff, | ORDER DIRECTING SERVICE OF SUBPOENA ON WITNESS BY UNITED STATES MARSHAL WITHOUT PREPAYMENT OF COSTS |
| v. | |
| M. FRANCIS, | **SERVICE WITHIN 7 DAYS** |
| Defendant. | |

Plaintiff Etuate Sekona ("Plaintiff") is a state prisoner proceeding pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  This matter is set for trial on August 8, 2023.

Plaintiff has submitted the required fees made payable to the witness **LVN Melinda Cook**, being commanded to appear at trial on **August 8, 2023**.

Accordingly, IT IS HEREBY ORDERED that:

1.  The Clerk of the Court is directed to forward the following documents to the United States Marshal:

    a.  One completed and issued subpoena to be served on:

    **LVN Melinda Cook**
    **Kern Valley State Prison**
    **P.O. Box 3130, Delano, CA 93216-6000**

    b.  One completed USM-285 form;

  c. One money order #22017649371 in the amount of $137.00, made payable to LVN Melinda Cook;

  d. Two (2) copies of this order, one to accompany the subpoena, plus an extra copy for the Marshal.

2. Within **seven (7) days** from the date of service of this order, the United States Marshal is directed to serve the subpoena and money order in accordance with the provisions of Rule 45 of the Federal Rules of Civil Procedure.

3. The United States Marshal shall effect personal service and a copy of this order upon the named individual in the subpoena pursuant to Rule 45 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c).

4. Within **ten (10) days** after personal service is completed, the United States Marshal shall file the return of service, along with the costs subsequently incurred in effective service.  Said costs shall be enumerated on the USM-285 form.

Dated:  June 21, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2