## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETUATE SEKONA, | Case No. 1:19-cv-00529-ADA-HBK (PC) |
| Plaintiff, | |
| v. | |
| M. FRANCIS, | **ORDER & WRIT OF HABEAS CORPUS** |
| Defendant. | **AD TESTIFICANDUM** |

Etuate Sekona, CDCR #AM-9766, a necessary and material witness in a video conference hearing in this case on July 13, 2023, is confined in Valley State Prison (VSP) and is in the custody of the Warden at VSP. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus Ad Testificandum issue commanding the custodian to produce the inmate before Judge Ana de Alba, by Zoom video conference from his place of confinement, on **Thursday, July 13, 2023, at 10:30 a.m.**

ACCORDINGLY, IT IS ORDERED:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, and the inmate's necessary legal papers, by Zoom video conference, to participate in a video conference hearing at the time and place above, until completion of the video conference or as ordered by the court. Zoom video conference connection information will be supplied via separate email.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of the Court is directed to serve a copy of this order via fax on the Litigation Office at Valley State Prison at (559) 665-8919 or via email.

4. Any difficulties connecting to the Zoom video conference shall immediately be reported to Mamie Hernandez, Courtroom Deputy, at MHernandez@caed.uscourts.gov.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, VSP, P. O. Box 99, Chowchilla, California 93610:**

**WE COMMAND** you to produce the inmate named above to testify before Judge de Alba at the time and place above, by Zoom video conference, until completion of the video conference hearing or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated:     July 11, 2023     _____
ANA DE ALBA
UNITED STATES DISTRICT JUDGE

