UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETUATE SEKONA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>M. FRANCIS,<br><br>　　　　　Defendant. | Case No. 1:19-cv-00529-ADA-HBK (PC)<br><br>ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM DIRECTING PRODUCTION OF INMATE ETUATE SEKONA, CDCR#AM-9766<br><br>(Doc. No. 88) |

Plaintiff is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  On June 22, 2023, the Court issued a Writ of Habeas Corpus Ad Testificandum to Transport Plaintiff Etuate Sekona CDCR #AM-9766 for his trial that was scheduled for August 8, 2023 at 8:00 a.m. in Courtroom 1 before District Judge Ana de Alba. (Doc. No. 88).  On July 13, 2023, the District Court CONTINUED the August 8, 2023 trial to October 31, 2023 at 8:30 a.m. (Doc. No. 98).

Accordingly, it is **ORDERED**:

1. The Writ of Habeas Corpus Ad Testificandum Directing the Transportation of inmate Etuate Sekona CDCR #AM-9766 issued on June 22, 2023 (Doc. No. 88) is DISCHARGED.

2. The Clerk's Office shall serve a courtesy copy of this order by e-mail on the Litigation Coordinator at Valley State Prison and on the Litigation Coordinator of any other

institution which requires this information; and

3. The Court will reissue the necessary transportation writ in due course.

Dated: July 24, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE