UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETUATE SEKONA,<br><br>             Plaintiff,<br><br>     v.<br><br>M. FRANCIS,<br><br>             Defendant. | Case No.  1:19-cv-00529-ADA-HBK (PC)<br><br>ORDER *SUA SPONTE* GRANTING EXTENSION OF TIME TO PROVIDE NOTICE OF SUFFICIENT INFORMATION TO EFFECTUATE SERVICE ON CORRECTIONAL OFFICERS HERNANDEZ AND TABIA<br><br>(Doc. No.  94)<br><br>SEPTEMBER 11, 2023 DEADLINE |

    On July 24, 2023, the District Court held a hearing and rescheduled the trial for this action from August 8, 2023 to October 31, 2023.  (Doc. No. 98).  Previously, on July 5, 2023, the Court had ordered Plaintiff to provide updated information for Correctional Officers Tabia and Hernandez by July 20, 2023, so the U.S. Marshal could attempt to attempt re-serve[1] subpoenas on each witness prior to Plaintiff's August 8, 2023 trial.  (Doc. No. 94).  Plaintiff failed to file a notice of updated information by the deadline, and instead objected to the Court's order.  (*See generally* docket; *see also* Doc. No. 94).  Due to the trial's continuance, the Court will *sua sponte* grant Plaintiff an extension of time to provide correct or updated information regarding the names

---

[1] On June 30, 2023, subpoenas were returned unexecuted for Correctional Officers Tabia and Hernandez.  (Doc. Nos. 91, 92).

of Correctional officers Tabia and Hernandez, as well as provide a new check or money order for the appropriate witness fees made out to the name of the correct individual.

Accordingly, it is **ORDERED**:

No later than September 11, 2023, Plaintiff shall provide to correctional officials for mailing, a Notice of Updated Information concerning Correctional Officers Tabia and Hernandez. If Plaintiff wishes to have the U.S. Marshal attempt to re-serve subpoenas on these witnesses and the names of these witnesses are different than what was on the original money order, he will need to resubmit a new check or money order in the amount of $137.00 for each witness made out to the corrected spelling of the witness's name.  Plaintiff's failure to timely comply with this order will result in Plaintiff's inability to call these witnesses to testify at trial.

Dated:     July 28, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE