UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| ETUATE SEKONA, | Case No. 1:19-cv-00529-ADA-HBK (PC) |
|---|---|
| Plaintiff, | ORDER DISCHARGING SUBPOENA ON WITNESS BY THE UNITED STATES MARSHAL |
| v. | |
| M. FRANCIS, | (Doc. Nos. 84, 90) |
| Defendant. | ORDER DIRECTING SERVICE OF SUBPOENA ON WITNESS BY UNITED STATES MARSHAL WITHOUT PREPAYMENT OF COSTS |
| | SERVICE WITHIN 10 DAYS |

Plaintiff Etuate Sekona ("Plaintiff") is a state prisoner proceeding pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's claim against Defendant Francis for deliberate indifference to serious medical needs in violation of the Eight Amendment.

On June 22, 2023, the Court directed the United States Marshal to serve a subpoena along with witness fees upon Correctional Officer Commagay to command his appearance at Plaintiff's trial scheduled for August 8, 2023. (Doc. No. 84). Service of the subpoena was effectuated. (Doc. No. 90). At the July 13, 2023 hearing, the District Court **reset the trial date to October 31, 2023**. (Doc. No. 98). Consequently, Correctional Officer Commagay **is not required to appear to testify on August 8, 2023**.

Based on the foregoing, the Court discharges the subpoena commanding Correctional Officer Commagay's appearance for Plaintiff's August 8, 2023 trial. (Doc. Nos. 84, 90). Correctional Officer Commagay has already been served with the witness fees by money order #22017649370 in the amount of $137.00. Because Plaintiff is proceeding pro se and *in forma pauperis*, the Court will direct the Clerk of Court to reissue a subpoena to command Correctional Officer Commagay's appearance at Plaintiff's October 31, 2023 rescheduled trial, and will direct the United States Marshal to serve this Order, a completed USM-285 form, and the new subpoena on Correctional Officer Commagay. **The United States Marshal shall also contact Correctional Officer Commagay to inform him that the August 8, 2023 trial date was continued to October 31, 2023 and that he is not required to appear for the August 8, 2023 trial.**

Accordingly, it is **ORDERED**:

1. The Clerk of Court is directed to prepare and reissue a subpoena to command Correctional Officer Commagay to appear for Plaintiff's rescheduled October 31, 2023 trial.

2. The June 22, 2023 subpoena directing Correctional Officer Commagay (Doc. Nos. 84, 90) to appear for Plaintiff's August 8, 2023 trial id discharged;

3. The Clerk of the Court is directed to forward the following documents to the United States Marshal:

    a. One completed and reissued subpoena to be served on:
       **Correctional Officer Commagay**
       **Kern Valley State Prison**
       **P.O. Box 3130, Delano, CA 93216-6000**

    b. One completed USM-285 form;

    c. Two (2) copies of this order, one to accompany the subpoena, plus an extra copy for the Marshal.

4. Within **ten (10) days** from the date of service of this order, the United States Marshal is directed to serve the subpoena and money order in accordance with the provisions of Rule 45 of the Federal Rules of Civil Procedure.

5. The United States Marshal shall effect personal service and a copy of this order upon the named individual in the subpoena pursuant to Rule 45 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c).

6. Within **ten (10) days** after personal service is completed, the United States Marshal shall file the return of service, along with the costs subsequently incurred in effective service. Said costs shall be enumerated on the USM-285 form.

Dated:   July 28, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

3