1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ETUATE SEKONA,                      Case No.  1:19-cv-00529-ADA-HBK (PC)

12              Plaintiff,                 ORDER GRANTING TO A LIMITED
                                           EXTENT PLAINTIFF'S MOTION FOR
13         v.                              WITNESS CHECKS TO BE RETURNED

14    M. FRANCIS,                          (Doc. No.  106)

15              Defendant.

16

17         Before the Court is pro se Plaintiff's motion filed August 7, 2023.  (Doc. No. 106).

18    Plaintiff requests the Court to return the money orders for his two unserved witnesses,

19    Correctional Officers Tabia and Hernandez, because he cannot provide updated information to

20    assist the U.S. Marshal to serve subpoenas on Tabia and Hernandez.  (Doc. No. 106, "Motion").

21    Plaintiff requests the Court to mail the returned money orders to Mr. Matanill Manatan, instead of

22    to Plaintiff.  (*Id*. at 2).  Plaintiff purports to include an addressed, postage prepaid envelope for the

23    Clerk's use to mail the returned money orders to Mr. Manatan.  (*Id*. at 1-2).

24         Despite Plaintiff's representation, no addressed, postage prepaid envelope is included with

25    the instant motion.  Further, Plaintiff provides an incomplete mailing address for Mr. Manatan.

26    (*See Id*. at 2).[1]  The Court cannot direct the Clerk to mail the money orders to Mr. Manatan

27

28    _____

      [1] Plaintiff provides the city, state, and zip code where Mr. Manatan lives but not a street address.

without his complete mailing address.  Unless Plaintiff submits a renewed motion accompanied with an addressed, postage paid envelope for Mr. Manatan, the Court will hold the money orders made out to Correctional Officers Tabia and Hernandez and will physically return them to Plaintiff at his October 31, 2023 trial.

Because Plaintiff acknowledges he cannot provide updated information to assist the U.S. Marshal in serving summonses on Correctional Officers Tabia and Hernandez, the Court will discharge Plaintiff's obligations as set forth in its July 28, 2023 Order.  Plaintiff is advised that because he is unable to execute service of the subpoenas on Correctional Officers Tabia and Hernandez, he will not be able to call Tabia and Hernandez to testify at trial.  (*See* Doc. Nos. 94, 103).

Accordingly, it is **ORDERED**:

1.  Plaintiff's motion (Doc. No. 106) is GRANTED to the extent that the Court will return the money orders made out to Correctional Officers Tabia and Hernandez to Plaintiff at trial.

2.  Plaintiff is discharged from his obligation to provide the Court with a notice of updated information concerning Correctional Officers Tabia and Hernandez.

Dated:   <u>August 20, 2023</u>

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2