UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETUATE SEKONA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>M. FRANCIS,<br><br>　　　　　　Defendant. | Case No. 1:19-cv-00529-ADA-HBK (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION REQUESTING THE RETURN OF TWO WITNESS CHECKS<br><br>(Doc. No. 109) |

　　　　Pending is pro se Plaintiff's resubmitted motion requesting the Court return the money orders for his two unserved witnesses, Correctional Officers Tabia and Hernandez. (Doc. No. 109). Plaintiff requests the Court mail the money orders to Mr. M.U. Manatau at 4184 South, 4205 West, Salt Lake City, Utah 84120. (*Id.*). Plaintiff included a prepaid envelope addressed to Mr. Manatau. (*Id.*). Plaintiff's request for the Court to return his two money orders is GRANTED and the Court will direct the Clerk of Court send Plaintiff's money orders for Correctional Officer Tabia (22017649372) in the amount of $137.00 and Correctional Officer Hernandez in (22017649373) in the amount of $137.00 to Mr. Manatau at the address Plaintiff provided in his motion.

　　　　Accordingly, it is ORDERED:

　　　　1. Plaintiff's motion (Doc. No. 109) is GRANTED.

　　　　2. The Clerk of Court shall return the money orders for Correctional Officer Tabia

(22017649372) in the amount of $137.00 and Correctional Officer Hernandez in (22017649373) in the amount of $137.00 by first class postage prepaid mail to: Mr. M.U. Manatau 4184 South, 4205 West, Salt Lake City, Utah 84120.

Dated:   September 15, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2