UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETUATE SEKONA,<br><br>           Plaintiff,<br><br>      v.<br><br>M. FRANCIS,<br><br>           Defendant. | Case No.  1:19-cv-00529-ADA-HBK (PC)<br><br>ORDER DISCHARGING SUBPOENAS ON WITNESSES BY THE UNITED STATES MARSHALL<br><br>(Doc. Nos. 104, 105, 107)<br><br>ORDER DIRECTING SERVICE OF ORDER BY U.S. MARSHAL BY CERTIFIED MAIL WITHIN 10 DAYS |

Plaintiff Etuate Sekona ("Plaintiff") is a state prisoner proceeding pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds on Plaintiff's claim against Defendant Francis for deliberate indifference to serious medical needs in violation of the Eighth Amendment, which was reset for trial for October 31, 2023.  (Doc. No. 98).  Recently, on September 6, 2023, the Court issued a minute order *sua sponte* resetting the trial date for this case to **March 26, 2024, at 8:30 a.m**.  (Doc. No. 110).

Plaintiff submitted a money order, #2207649370, in the amount of $137.00 in witness fees and a money order, #22017649371, in the amount of $137.00 in witness fees for Correctional Officer Commagay and LVN Melinda Cook, respectively, to testify at trial.[1]  As directed by the

---
[1] Both subpoenaed witnesses were provided with their respective money orders when they were first served with the initial subpoenas. (Doc. Nos. 84, 85, 90).

Court, the United States Marshal personally served the order discharging the original subpoenas (Doc. Nos. 104, 105) and reserved subpoenas upon Correctional Officer Commagay and LVN Cook to command their appearance at Plaintiff's scheduled trial (Doc. No. 107).

Due to the district court's minute order resetting this case for a March 26, 2024 trial, the Court discharges the subpoenas commanding Correctional Officer Commagay and LVN Melinda Cook's respective appearances for Plaintiff's October 31, 2023 trial. (Doc. Nos. 104, 105, 107). *Correctional Officer Commagay and LVN Melinda Cook are not required to appear to testify on October 31, 2023.* The Court will reissue subpoenas at a future date for Plaintiff's rescheduled trial. Correctional Officer Commagay and LVN Melinda Cook shall retain their respective money order (#2207649370 and #22017649371) until future order by the Court.

Because the trial date was continued to a date *after* January 1, 2024, the required mileage fees the Court used to calculate the witness fees for Correctional Officer Commagay and LVN Cook may increase. **Plaintiff is reminded that he should retain the necessary balance in his inmate trust account, so he has the required witness fees available to submit new money orders after January 1, 2024 if necessary.**

Accordingly, it is **ORDERED**:

1. The July 28, 2023 reissued subpoenas directing Correctional Officer Commagay (Doc. Nos. 104, 107) and LVN Melinda Cook (Doc. Nos. 105, 107) to appear at Plaintiff's October 31, 2023 trial are DISCHARGED.

2. The Clerk of Court is directed to forward to the United States Marshal three (3) copies of this Order.

3. **No later than October 1, 2023**, the United States Marshal shall serve *by certified mail* a copy of this Order to Correctional Officer Commagay and LVN Melinda Cook at the address below:

**Correctional Officer Commagay**  
**Kern Valley State Prison**  
**P.O. Box 3130**  
**Delano, CA 932126-6000**

**LVN Melinda Cook**  
**Kern Valley State Prison**  
**P.O. Box 3130**  
**Delano, CA 932126-6000**

4. The Clerk of Court shall provide a copy of this Order to the Litigation Coordinator at Kern Valley Prison.

Dated:   September 21, 2023

*/s/ Helena M. Barch-Kuchta*
HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE