UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETUATE SEKONA,<br><br>            Plaintiff,<br><br>    v.<br><br>M. FRANCIS,<br><br>            Defendant. | Case No.  1:19-cv-00529-KES-HBK (PC)<br><br>ORDER DIRECTING PLAINTIFF TO SUBMIT FEES FOR NONINCARCERATED WITNESSES<br><br>**Witness Fees Due: July 15, 2024** |

Plaintiff Etuate Sekona ("Plaintiff") is a state prisoner proceeding pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  A Final Pretrial Conference was held in this case on June 17, 2024.  (Doc. No. 126).   A jury trial is scheduled to commence on September 10, 2024 at 9:00 a.m. in Courtroom 6 before District Judge Kirk E. Sheriff  (Doc. No. 127).

In his pretrial statement, and as discussed at the first December 12, 2022 Pretrial Conference Plaintiff Etuate Sekona identifies potential nonincarcerated witnesses for trial.  (Doc. No. 59 at 8; Doc. No. 64 at 10). On February 3, 2023, Plaintiff submitted witness fees for four nonincarcerated witnesses: Correctional Officers Tabia, Hernandez, and Commagay, and Licensed Vocational Nurse Melinda Cook.  (*See* docket). On June 22, 2023, the Court directed service of subpoenas on the four witnesses.  (Doc. Nos. 84-87).  However, the U.S. Marshals

1

Service was unable to identify and serve witnesses Hernandez and Tabia, and the witness fees for Hernandez and Tabia were ultimately returned to a third party of Plaintiff's choice. (*See* Doc. Nos. 91, 92, 111).

The witness fees for Commagay and Cook remain in the Court's possession. The Court will reissue subpoenas to Cook and Commagay at the previous address unless Plaintiff provides updated addresses for these witnesses. The previous addresses provided to the Court by Plaintiff for Cook and Commagay were: (1) LVN Melinda Cook Kern Valley State Prison P.O. Box 3130, Delano, CA 93216-6000; and (2) Correctional Officer Commagay Kern Valley State Prison P.O. Box 3130, Delano, CA 93216-6000. Additionally, due to revised reimbursement rates in effect as of January 1, 2024, the Court will order Plaintiff to supplement his prior payments to witnesses Cook and Commagay as set forth below by sending the Clerk a money order in the amount of $12.00 for each Cook and Commagay.

To the extent Plaintiff wishes to call any other nonincarcerated witnesses who will not testify voluntarily, he must do so in accordance with the instructions contained in this Order. Plaintiff's witnesses shall be those listed in Attachment A to the Court's Order. If Plaintiff intends to have the Marshals Service serve any nonincarcerated witnesses who refuse to testify voluntarily, Plaintiff must submit a separate money order for each witness **no later than July 15, 2024**. The estimated cost for each witness using the addresses previously provided by Plaintiff is listed below:

| Name | Daily Witness Fee | Travel Cost[1] | Total |
|---|---|---|---|
| Officer Tabia[2] | $40.00 | $109.00 | $149.00 |
| Officer Villa | $40.00 | $109.0 | $149.00 |
| Officer Commagay | $40.00 | $109.00 | $149.00 |
| Officer Hernandez | $40.00 | $109.00 | $149.00 |
| LVN Cook | $40.00 | $109.00 | $149.00 |
| LVN Raman Kaur | $40.00 | $109.00 | $149.00 |

---

[1] Travel costs are based on round-trip mileage at the current reimbursement rate. 28 U.S.C. § 1821. As of January 1, 2024, the mileage reimbursement rate for a privately owned vehicle is $0.67 per mile. U.S. General Services Administration, Privately Owned Vehicle (POV) Mileage Reimbursement Rates, https://www.gsa.gov/travel/plan-book/transportation-airfare-pov-etc/privately-owned-vehicle-mileage-rates (last visited June 18, 2024).

[2] To the extent Plaintiff seeks to re-attempt service of Officers Tabia and Hernandez, the Court lists them here.

| | | | |
|---|---|---|---|
| Dr. Zepp | $40.00 | $109.00 | $149.00 |
| Dr. Hori | $40.00 | $197.00 | $237.00 |

The Court does not allow undisclosed witnesses to be called for any purpose, including impeachment or rebuttal, unless they meet the criteria set forth in the Court's December 13, 2022 Tentative Pretrial Order. (*See* Doc. No. 64 at 10-11)

Accordingly, it is hereby **ORDERED**:

1. No later than **July 15, 2024**, Plaintiff shall:

    a. Deliver to the Court the appropriate witness fees, identified in this Order, for any nonincarcerated witnesses he intends to call at trial. Plaintiff is advised the Court cannot accept cash, and money orders should **not** be made payable to the Court but **be made payable to the individual witness in that witness's name.**

    b. To the extent any addresses have changed for any of the proposed witnesses, Plaintiff must include with his money order, a current address for the witness.

    c. Submit to the Court additional money orders for witnesses Commagay and Cook, each for $12.00, in light of increased mileage reimbursement rates adopted by the U.S. District Court in effect as of January 1, 2024.

2. If Plaintiff fails to comply with any provision of this order he may be subject to sanctions at the Court's discretion.

Dated:   June 18, 2024

/s/ Helena M. Barch-Kuchta
HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ATTACHMENT A: Plaintiff's Witnesses**

|    | Individual                    | Fact v. Expert | Contact Information                          |
|----|-------------------------------|----------------|----------------------------------------------|
| 1. | Correctional Officer Tabia    | Fact           | c/o Kern Valley State Prison                 |
| 2. | Correctional Officer Hernandez| Fact           | c/o Kern Valley State Prison                 |
| 3. | Correctional Officer Commagay | Fact           | c/o Kern Valley State Prison                 |
| 4. | Correctional Officer Villa    | Fact           | c/o Kern Valley State Prison                 |
| 5. | Gene Hori, M.D.               | Fact           | 4251 S. Higuera St., San Luis Obispo, CA 93401 |
| 6. | Dr. Zepp                      | Fact           | c/o Kern Valley State Prison                 |
| 7. | Melinda Cook, LVN             | Fact           | c/o Kern Valley State Prison                 |
| 8. | Raman Kaur, LVN               | Fact           | c/o Kern Valley State Prison                 |