UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETUATE SEKONA,<br><br>             Plaintiff,<br><br>      v.<br><br>M. FRANCIS,<br><br>             Defendant. | 1:19-cv-00529-KES-HBK (PC)<br><br>ORDER TO SHOW CAUSE<br><br>AUGUST 1, 2024 DEADLINE |

Plaintiff Etuate Sekona proceeds on this civil rights action filed pursuant to 42 U.S.C. § 1983, which is currently scheduled for trial on September 10, 2024. (Doc. No. 127). On June 18, 2024, the Court advised Plaintiff that he was required to submit witness fees for any non-incarcerated witnesses whose testimony he wished to present at trial. (*See* Doc. No. 128). The Court specifically ordered Plaintiff to submit an additional $12.00 in witness fees each for witnesses Commagay and Cook, considering the increased mileage reimbursement rates that took effect since Plaintiff initially submitted witness fees for those individuals. (*Id*. at 3). The deadline to submit the fees was July 15, 2024 and to date Plaintiff has not done so.

Plaintiff is ordered to show cause why the Court should not decline to reissue subpoenas for witnesses Cook and Commagay due to Plaintiff's failure to pay the additional witness fees. If Plaintiff wishes to secure the attendance of witnesses Cook and Commagay at trial, he must submit the additional $12.00 in witness fees for each witness no later than August 1, 2024, or

otherwise show cause in writing why the Court should not decline to reissue subpoenas for those witnesses.

Accordingly, it is hereby **ORDERED**:

1. **On or before August 1, 2024,** Plaintiff shall comply with the Court's June 18, 2024 Order and submit additional money orders for witnesses Cook and Commagay, each for $12.00, or show cause why the Court should not decline to issue subpoenas for witnesses Cook and Commagay due to Plaintiff's failure to timely comply with the Court's June 18, 2024 Order.
2. In the alternative, if Plaintiff no longer requires the attendance of Cook and Commagay he may request the Court to direct the Clerk to return the money orders Plaintiff previously provided for their attendance.

Dated:  July 18, 2024

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE