UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ETUATE SEKONA,<br><br>              Plaintiff,<br><br>    v.<br><br>M. FRANCIS,<br><br>              Defendant. | 1:19-cv-00529-KES-HBK (PC)<br><br>ORDER GRANTING EXTENSION OF TIME TO PAY WITNESS FEES<br><br>(Doc. No. 144)<br><br>AUGUST 20, 2024 DEADLINE |
|---|---|

On July 29, 2024, Plaintiff Etuate Sekona filed a Response to the Court's July 18, 2024 Order to Show Cause ("OTSC"). (Doc. No. 144). In it, he states that family members in Utah will be sending the additional witness fees ordered by the Court on June 18, 2024, and he expects the funds to reach the Court within two weeks of July 25, 2024, i.e. August 8, 2024. (*Id*. at 1). Liberally construed, Plaintiff incorporates a motion seeking an extension of time until at least August 8, 2024 to submit the additional witness fees. As set forth below, the Court will grant Plaintiff's incorporated motion.

Plaintiff is advised that to permit the United States Marshals Service time to serve the witnesses with subpoenas for trial, his witness fees must be received by the Clerk **no later than August 20, 2024**. Plaintiff is responsible for ensuring sufficient mailing time to comply with this deadline. If the Court does not receive the additional fees by the deadline, the Court will be unable to timely subpoena Plaintiff's witnesses.

Accordingly, it is hereby **ORDERED**:

1. Plaintiff's construed motion for extension of time (Doc. No. 144) contained within his response to the Court's Order to Show Cause is **GRANTED** as set forth herein.
2. The two additional $12.00 money order for each witness, one each for LVN Cook and CO Commagay, must be received by the Court **no later than August 20, 2024**.
3. The Court discharges its July 18, 2024 Order to Show Cause.

Dated:   August 7, 2024

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE