UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETUATE SEKONA,<br><br>        Plaintiff,<br><br>    v.<br><br>MAGGIE FRANCIS,<br><br>        Defendant. | No.  1:19-cv-00529-KES-HBK<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR SANCTIONS AND NOTING PLAINTIFF'S AGREEMENT WITH DEFENDANT'S PROPOSED JURY INSTRUCTIONS<br><br>Docs. 158, 159. |

Plaintiff Etuate Sekona is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought under 42 U.S.C. § 1983 against defendant Francis. This action is set for trial on September 10, 2024, on Sekona's claim against Francis for deliberate indifference to Sekona's serious medical needs in violation of the Eighth Amendment. Sekona moves for sanctions regarding defendant's alleged failure to provide her trial exhibits by the deadline set in the court's amended final pretrial order. Doc. 158. Sekona also filed a one-page document, which he captioned as a "motion," noting his agreement with defendant's proposed jury instructions. Doc. 159.

**I.    ANALYSIS**

   A.  <u>Sekona's motion for sanctions (Doc. 158)</u>

Construing Sekona motion for sanctions liberally, he appears to argue that defendant did

not timely produce her trial exhibits. Doc. 158. Specifically, Sekona's motion, which he served on August 26, 2024, and which was filed on August 28, 2024, alleges that he did not have defendant's "trial exhibits" and had not received defendant's "pretrial status reports" by the deadline date. *Id.* at 1. He notes that the August 23, 2024, date for objections to exhibits had also passed. *Id.* at 1. Sekona further asserts that he sent his "pretrial statement evidence" to defendant on August 8, 2024. *Id.* The court construes Sekona's allegations regarding "pretrial status reports" and "pretrial statement evidence" to refer to the parties' trial exhibits. The amended final pretrial order required the parties to exchange trial exhibits by August 9, 2024, and set a deadline of August 23, 2024 for the filing of objections to the other party's exhibits. Doc. 127 at *Id.*

Defendant has submitted a proof of service with her exhibit list indicating that she served her trial exhibits on Sekona on July 11, 2023, over one year ago. Doc. 161. The court's previous pretrial order had set July 11, 2023, as the date for the parties to exchange trial exhibits. In his declaration filed on August 19, 2024, defense counsel confirms that defendant served Sekona with her exhibits in July 2023, although he indicates there is some confusion as to the exact date in July 2023 when they were served, notwithstanding the proof of service dated July 11, 2023. *See* Doc. 148 at 2. Defense counsel also served a second copy set of defendant's exhibits on Sekona, on August 28, 2024. Doc. 160.

Even with the possible discrepancy as to the exact date in July 2023 when defendant first served her exhibits on Sekona, the record reflects that Sekona has been served twice with defendant's trial exhibits: first in July 2023 and then on August 28, 2024. Sekona's motion for sanctions (Doc. 158) is therefore denied based on the record before the court. However, Sekona indicates that, based on the amended final pretrial order, he expected defendant to serve a new set of her trial exhibits by August 9, 2024. Defendant did not do so until August 28, 2024, and Sekona argues that he was unable to file his objections by August 23, 2024. Given these circumstances, if Sekona has objections to defendant's trial exhibits, he may raise such objections at trial.

B. <u>Sekona's filing stating his agreement with proposed jury instructions (Doc. 159)</u>

Although Sekona's filing at Doc. 159 is captioned as a "motion," it does not seek any

relief by way of motion. Rather, in this filing Sekona informs the court and defendant that he agrees with defendant's proposed jury instructions. *See* Doc. 159. In the amended final pretrial order, the court directed the parties to meet and confer regarding jury instructions, but Sekona was not required to file proposed jury instructions himself. *See* Doc. 127. Sekona was instructed to notify the court if he had any objections to defendant's proposed jury instructions. *Id.* at 15. The court construes Sekona's filing at Doc. 159 as his notice of agreement with defendant's proposed jury instructions.

## II.   CONCLUSION AND ORDER

Accordingly, IT IS HEREBY ORDERED:

1. Plaintiff's motion for contempt sanctions (Doc. 158) is DENIED, but plaintiff may raise at trial any objections he may have to defendant's trial exhibits; and
2. Plaintiff's motion for acceptance of jury instructions (Doc. 159) is construed as plaintiff's notice of agreement with defendant's proposed jury instructions.

IT IS SO ORDERED.

Dated:   August 30, 2024

_____
UNITED STATES DISTRICT JUDGE