# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETUATE SEKONA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MAGGIE FRANCIS,<br><br>　　　　Defendant. | No.  1:19-cv-00529-KES-HBK (PC)<br><br>ORDER REQUIRING PRODUCTION OF PLAINTIFF **ETUATE SEKONA, CDCR # AM-9766**, FOR TRIAL ON SEPTEMBER 18, 2024, AT 8:30 A.M. |

**Plaintiff Etuate Sekona, CDCR # AM-9766**, shall be produced, **along with his legal property**, to testify and to represent himself as his own attorney, before the United States District Court, at 2500 Tulare Street in Fresno, California at 8:30 a.m. on Wednesday, September 18, 2024, and from day to day until completion of the proceedings or as ordered by the court.

IT IS SO ORDERED.

Dated: 9/17/2024

KIRK E. SHERRIFF
UNITED STATES DISTRICT JUDGE