UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETUATE SEKONA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MAGGIE FRANCIS,<br><br>　　　　　Defendant. | No. 1:19-cv-00529-KES-HBK (PC)<br><br>NOTICE AND ORDER THAT **PLAINTIFF ETUATE SEKONA, CDCR # AM-9766**, IS NO LONGER NEEDED IN THESE PROCEEDINGS AND DISCHARGING THE WRIT OF HABEUS CORPUS AD TESTIFICANDUM |

The jury trial in this matter commenced on September 10, 2024, and **Plaintiff Etuate Sekona, CDCR # AM-9766**, has testified and represented himself as his own attorney and is no longer needed by the court in these proceedings. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: 9/18/24

KIRK E. SHERRIFF
UNITED STATES DISTRICT JUDGE